[No. 54408-0-I. Division One. August 29, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ANTONIO BLACK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-06163-4, Linda Lau, J., entered June 4, 2004. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox, C.J., and Schindler, J.

[No. 54487-0-I. Division One. August 29, 2005.]

JAMES D. LINDSAY, *Appellant*, v. PACIFIC TOPSOILS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-23766-9, Glenna Hall, J., entered June 3, 2004. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Appelwick, J., concurred in by Ellington, A.C.J., and Baker, J. Now published at 129 Wn. App. 672.

[No. 54549-3-I. Division One. August 29, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JERAMIE W. MILBRAD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-00661-3, Stephen J. Dwyer, J., entered June 16, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54929-4-I. Division One. August 29, 2005.]

JACK C. JOHNSON, *Respondent*, v. SAMSON G. ASFAW ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-18309-1, Ronald Kessler, J., entered August 13, 2004. *Affirmed* by unpublished opinion per Ellington, A.C.J., concurred in by Coleman and Grosse, JJ.